IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC FERRELL, KADE BRECHEISEN, and RICHARD PENA, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) |
| *Plaintiffs*, | ) COLLECTIVE ACTION ) ) CASE NO. 4:22-cv-03350 |
| v. | ) ) JUDGE ROSENTHAL |
| KIRBY'S STEAKHOUSE – THE WOODLANDS, LTD., KIRBY'S STEAKHOUSE – SAN ANTONIO, LTD., and MMSH-OKC, LLC, | ) ) JURY DEMAND ) ) ) |
| *Defendants*. | ) |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT

The parties have entered into a binding, written Settlement Agreement (the "Settlement" or "Agreement") in this matter, subject to Court approval. On November 15, 2023, the Court held a telephonic conference with the parties' counsel regarding the process for settlement approval. Plaintiffs now move the Court to approve their Settlement as a fair and reasonable settlement of *bona fide* disputes under the Fair Labor Standards Act ("FLSA"). For the reasons set forth in the attached Memorandum of Law, the Settlement should be approved. This Motion is unopposed.

A proposed order granting this relief is attached hereto.

Dated: November 22, 2023    Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968) \***
**JOSHUA A. FRANK (No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

                        **DON J. FOTY**
                        HODGES & FOTY, LLP
                        Texas Bar No. 24050022
                        Fed. Id. 711552
                        4409 Montrose Blvd., Suite 200
                        Houston, Texas 77006
                        Telephone: (713) 523-0001
                        Facsimile: (713) 523-1116
                        dfoty@hftrialfirm.com

                        \* Admitted *Pro Hac Vice*

                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of *Plaintiffs' Unopposed Motion to Approve Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendant as listed below on November 22, 2023.

**SCOTT GRIFFITH**
**JASON L. CAGLE**
GRIFFITH DAVISON, P.C.
13737 Noel Road, Suite 850
Dallas, Texas 75240
Telephone: (972) 392-8900
Facsimile: (972) 392-8901
sgriffith@griffithdavison.com
jcagle@griffithdavison.com

*Attorneys for Defendants*

                                          /s/ David W. Garrison
                                          DAVID W. GARRISON
                                          **BARRETT JOHNSTON**
                                                **MARTIN & GARRISON, PLLC**