IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC FERRELL, KADE BRECHEISEN, and RICHARD PENA, On Behalf of Themselves and All Others Similarly Situated, | )<br>)<br>)<br>) |
| | ) COLLECTIVE ACTION |
| *Plaintiffs*, | )<br>) |
| | ) CASE NO. 4:22-cv-03350 |
| v. | )<br>) |
| | ) JUDGE ROSENTHAL |
| KIRBY'S STEAKHOUSE – THE WOODLANDS, LTD., KIRBY'S STEAKHOUSE – SAN ANTONIO, LTD., and MMSH-OKC, LLC, | )<br>) JURY DEMAND<br>)<br>)<br>) |
| *Defendants*. | ) |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on Plaintiffs' Unopposed Motion to Approve Settlement (Doc. No. 82). The Motion is **GRANTED**. The Court finds that the Settlement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act. Accordingly, the parties' Settlement is **APPROVED** and the Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

It is so ORDERED.

Entered this 19th day of December, 2023.

_____
Judge Lee H. Rosenthal
**United States District Judge**